UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------

LAW OFFICE OF CHRIS MILLS, P.C.
116 West 23rd Street   500
New York, NY 10011
(212)851-8416
Attorneys for Defendant
Chris M. Mills (CMM 1300)
-------------------------------------------------------

In Re:

CHRISTIAN BERNARD STORES CORP.                    Chapter 7 Case No. 08-35674 (NLW)

               Debtor.

_____

CHARLES M. FORMAN , as the Chapter 7 Trustee
for Christian Bernard Stores Corp.,

               Plaintiff,                                  ADV. PROC.  09-1210

-against—

SUPERIOR DIAMOND CUTTERS, INC.

               Defendant.
-------------------------------------------------------
                        STIPULATION

IT IS AGREED BETWEEN THE PARTIES that the time for Defendant, Superior Diamond Cutters, Inc., to file an Answer in the action is hereby extended to and including April 06, 2009.

DATED: March 22, 2009

| | |
|---|---|
| FORMAN HOLT ELIADES & RAVIN LLC | LAW OFFICE OF CHRIS MILLS, PC |
| 80 Route 4 East, Suite 290 | 116 West 23rd Street   500 |
| Paramus, NJ  07652 | New York, NY  10011 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| BY: | By: |
| ------/s/--------------------------------------- | /s/---- ---------------------------------------------- |
| JONATHAN BODNER, ESQ. (JSB 2399) | CHRIS M. MILLS, ESQ. (CMM 1300) |